

**The following constitutes the ruling of the court and has the force and effect therein described.**

*[Signature]*

Signed December 17, 2009                      United States Bankruptcy Judge

U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS
**ENTERED**
TAWANA C. MARSHALL, CLERK
THE DATE OF ENTRY IS
ON THE COURT'S DOCKET

---

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| HENRY S. MILLER | § | |
| COMMERCIAL, LLC | § | CASE NO. 09-34422-SGJ-7 |
| Tax ID: 35-2289208 | § | |
| | § | |
| ALLEGED DEBTOR. | § | |

### ORDER IMPLEMENTING 11 U.S.C. § 363

On consideration of the petition filed on July 7, 2009 against the above-named debtor, and the representations of the parties to the Court at the hearing held on December 3, 2009, it is hereby

ORDERED, ADJUDGED AND DECREED that as provided in 11 U.S.C. § 303(f), the provisions of 11 U.S.C. § 363 shall apply to the above-captioned Debtor effective Thursday, December 3, 2009. It is further

ORDERED, ADJUDGED AND DECREED that a reasonable payment by the Debtor to proposed counsel for the Debtor to serve as a retainer for services rendered to the Debtor as a

debtor-in-possession shall be deemed to be within the ordinary course of the Debtor's business, as provided in 11 U.S.C. § 363(c)(1).

# # # End of Order # # #

Agreed as to form and substance:

*/s/ Gerrit M. Pronske*
Gerrit M. Pronske
TBA #16351640
Rakhee V. Patel
TBA #00797213
Christina W. Stephenson
TBA #24049535
PRONSKE & PATEL, P.C.
2200 Ross Avenue., Suite 5350
Dallas, Texas 75201
(214) 658-6500 - Telephone
(214) 658-6509 – Telecopier
Email: gpronske@pronskepatel.com
Email: rpatel@pronskepatel.com
Email: cstephenson@pronskepatel.com

COUNSEL FOR HENRY S. MILLER COMMERCIAL, LLC

*/s/ Howard Marc Spector*
Howard Marc Spector
TBA #00785023
Nathan M. Johnson
TBA #00787779
SPECTOR & JOHNSON, PLLC
Banner Place, Suite 1100
12770 Coit Road
Dallas, Texas 75251
(214) 365-5377 - Telephone
(214) 237-3380 - Telecopier
Email: hms7@cornell.edu

COUNSEL FOR PETITIONING CREDITORS