

U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

# ENTERED

TAWANA C. MARSHALL, CLERK
THE DATE OF ENTRY IS
ON THE COURT'S DOCKET



**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed December 17, 2009**                    **United States Bankruptcy Judge**

---

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

IN RE:

| | | |
|---|---|---|
| **HENRY S. MILLER** | § | |
| **COMMERCIAL, LLC** | § | **CASE NO. 09-34422-SGJ-7** |
| | § | |
| **ALLEGED DEBTOR.** | § | |

### AGREED ORDER MODIFYING AUTOMATIC STAY

On this day, the Court held considered the Unopposed Motion for Modification of Automatic Stay [Docket No. 50] (the "Motion"). For the reasons set forth in the Motion, and based upon the agreement of counsel, the Court finds that the Motion is well grounded. This Court has jurisdiction over this matter pursuant to 28 U.S.C. § 1334. The Court further finds that this proceeding is a core proceeding pursuant to 28 U.S.C. § 157. The Court further finds that venue of this proceeding is proper in this district pursuant to 28 U.S.C. §§ 1408. The Court finds that due and adequate notice of the Motion was given as required by the Bankruptcy Code and/or the Federal Rules of Bankruptcy Procedure. It is therefore

AGREED ORDER MODIFYING AUTOMATIC STAY – PAGE 1

ORDERED, ADJUDGED AND DECREED that the Motion is GRANTED. It is further

ORDERED, ADJUDGED AND DECREED that the automatic stay pursuant to 11 U.S.C. § 362 is modified solely for the purpose of allowing any and all parties to prosecute or proceed and/or the Court of Appeals for the Fifth Appellate District of Texas and/or the Texas Supreme Court to rule in that certain action currently styled *Defterios, et al. v. Dallas Bayou Bend, et al.*, Case No. 5-08-01726-CV in the Court of Appeals for the Fifth Appellate District of Texas at Dallas, Texas. It is further

ORDERED, ADJUDGED AND DECREED that this Order expressly does not lift the automatic stay with respect to any collection efforts relating to the Judgment[1] and any party or other action seeking collection of the Judgment shall remain stayed pursuant to 11 U.S.C. § 362, absent further order of the Court .

# # # End of Order # # #

---

[1] Any capitalized terms not defined herein shall have the meaning ascribed to them in the Motion.

Agreed as to form and substance:

/s/  Rakhee V. Patel
Gerrit M. Pronske
State Bar No. 16351640
Rakhee V. Patel
State Bar No. 00797213
Christina W. Stephenson
State Bar No. 24049535
PRONSKE & PATEL, P.C.
2200 Ross Avenue., Suite 5350
Dallas, Texas 75201
(214) 658-6500 - Telephone
(214) 658-6509 – Telecopier
Email: gpronske@pronskepatel.com
Email: rpatel@pronskepatel.com
Email: cstephenson@pronskepatel.com

COUNSEL FOR HENRY S. MILLER COMMERCIAL, LLC


By:   /s/ Howard Marc Spector
Howard Marc Spector
TBA #00785023
Nathan M. Johnson
TBA #00787779
SPECTOR & JOHNSON, PLLC
Banner Place, Suite 1100
12770 Coit Road
Dallas, Texas 75251
(214) 365-5377
FAX: (214) 237-3380

COUNSEL FOR PETITIONING CREDITORS