

U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

**ENTERED**

TAWANA C. MARSHALL, CLERK
THE DATE OF ENTRY IS
ON THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

Signed December 17, 2009

United States Bankruptcy Judge

---

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | |
|---|---|
| IN RE: § § | |
| HENRY S. MILLER § | |
| COMMERCIAL, LLC § | CASE NO. 09-34422-SGJ-7 |
| Tax ID: 35-2289208 § § | |
| § | |
| ALLEGED DEBTOR. § | |

## AGREED ORDER FOR RELIEF IN AN INVOLUNTARY CASE

On consideration of the petition filed on July 7, 2009 against the above-named debtor, the representations of the parties to the Court at the hearing held on December 3, 2009, and the Unopposed Motion to Convert Case to Chapter 11 filed by the Debtor, an order for relief under chapter 11 of the Bankruptcy Code (title 11 of the United States Code) should be entered in the above-referenced matter. It is therefore

ORDERED, ADJUDGED AND DECREED an order for relief under Chapter 11 of Bankruptcy Code is hereby GRANTED. It is further

ORDERED, ADJUDGED, AND DECREED that this Order is without prejudice to any party seeking to reconvert the above-captioned case to a Chapter 7. It is further

ORDERED, ADJUDGED, AND DECREED that, by agreement of the parties, the Debtor shall not maintain that the Petitioning Creditors' non-opposition to the Motion to Convert constitutes consent to the above-captioned case continuing in Chapter 11.

# # # End of Order # # #

Agreed as to form and substance:

*/s/ Gerrit M. Pronske*
Gerrit M. Pronske
TBA #16351640
Rakhee V. Patel
TBA #00797213
Christina W. Stephenson
TBA #24049535
PRONSKE & PATEL, P.C.
2200 Ross Avenue., Suite 5350
Dallas, Texas 75201
(214) 658-6500 - Telephone
(214) 658-6509 – Telecopier
Email: gpronske@pronskepatel.com
Email: rpatel@pronskepatel.com
Email: cstephenson@pronskepatel.com

COUNSEL FOR HENRY S. MILLER COMMERCIAL, LLC

*/s/ Howard Marc Spector*
Howard Marc Spector
TBA #00785023
Nathan M. Johnson
TBA #00787779
SPECTOR & JOHNSON, PLLC
Banner Place, Suite 1100
12770 Coit Road
Dallas, Texas 75251
(214) 365-5377 - Telephone
(214) 237-3380 - Telecopier
Email: hms7@cornell.edu

COUNSEL FOR PETITIONING CREDITORS