B4 (Official Form 4) (12/07)

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

IN RE: **Henry S. Miller Commercial, LLC aka Henry S. Miller Commercial Co**

Case No. **09-34422-sgj-11**

Chapter **11**

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address, including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, goverment contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| BNC Regency Walk, L.P. & BN Regency, LLC<br>c/o Marc Stanley<br>Stanley, Mandel & Iola, L.L.C.<br>3100 Monticello Ave., Suite 750<br>Dallas, Texas  75205 | | Lawsuit | Contingent<br>Unliquidated<br>Disputed | $4,385,754.45 |
| Dallas Bayou Bend, LTD<br>c/o Marc Stanley<br>Stanley, Mandel & Iola, L.L.P.<br>3100 Monticello Avenue, Suite 750<br>Dallas, Texas  75205 | | Lawsuit | Contingent<br>Unliquidated<br>Disputed | $1,686,406.64 |
| Woodside Apartments, Ltd.<br>c/o Marc Stanley<br>Stanley, Mandel & Iola, L.L.P.<br>3100 Monticello Ave., Suite 750<br>Dallas, Texas  75205 | | Lawsuit | Contingent<br>Unliquidated<br>Disputed | $1,185,566.72 |
| Pecan Square, Ltd.<br>c/o Marc Stanley<br>Stanley, Mandel & Iola, L.L.P.<br>3100 Monticello Ave., Suite 750<br>Dallas, Texas  75205 | | Lawsuit | Contingent<br>Unliquidated<br>Disputed | $904,449.71 |
| Dallas Clubview Gardens, Ltd.<br>c/o Mark Stanley<br>Stanley, Mandel & Iola, L.L.P.<br>3100 Monticello Ave., Suite 750<br>Dallas, Texas  75205 | | Lawsuit | Contingent<br>Unliquidated<br>Disputed | $493,397.24 |
| BNC Lake Jackson Village, L.P.<br>c/o Marc Stanley<br>Stanley, Mandel & Iola, L.L.P.<br>3100 Monticello, Ave., Suite 750<br>Dallas, Texas  75205 | | Lawsuit | Contingent<br>Unliquidated<br>Disputed | $263,145.23 |

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

IN RE: **Henry S. Miller Commercial, LLC aka Henry S. Miller Commercial Co**

Case No. **09-34422-sgj-11**

Chapter **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

*Continuation Sheet No. 1*

| (1) Name of creditor and complete mailing address, including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, goverment contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| Shields, Britton & Frasier<br>5401 Village Creek Drive<br>Plano, Texas 75093 | | Attorney Fees | | **$161,665.81** |
| Shannon, Gracey, Ratliff & Miller, LLP<br>500 N. Akard, Ste. 2500<br>Dallas, Texas 75201 | | Attorney Fees | | **$39,012.57** |
| Dan Arnold<br>5001 Spring Valley Road<br>Suite 1100W<br>Dallas, Texas 75244 | | Trade Debt | | **$36,173.02** |
| United States Treasury<br>1500 Pennsylvania Avenue, NW<br>Washington, D.C. 20220 | | Taxes | | **$32,254.02** |
| Greg Trout<br>5001 Spring Valley Road<br>Suite 1100W<br>Dallas, Texas 75244 | | Trade Debt | | **$2,884.44** |
| United Commercial Realty<br>7001 Preston Road<br>Suite 222<br>Dallas, Texas 75205 | | Trade Debt | | **$2,800.00** |
| Geary, Porter & Donovan, PC<br>16475 Dallas Parkway<br>Suite 400<br>Addison, Texas 75001 | | Attorney Fees | | **$789.75** |

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

IN RE: **Henry S. Miller Commercial, LLC aka Henry S. Miller Commercial Co**

Case No. **09-34422-sgj-11**

Chapter **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

*Continuation Sheet No. 2*

| (1) Name of creditor and complete mailing address, including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, goverment contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| Dan Shoevlin<br>4704 Bear Run Drive<br>Plano, Texas  75093 | | Trade Debt | | $415.80 |
| Daniel Harris<br>5001 Spring Valley Road<br>Suite 1100W<br>Dallas, Texas  75244 | | Trade Debt | | $346.50 |
| Vaughn Miller<br>5001 Spring Valley Road<br>Suite 1100W<br>Dallas, Texas  75244 | | Trade Debt | | $124.74 |
| Reliance Resources Funding Account<br>c/o Robert Grunnah<br>5001 Spring Valley Road, Suite 1100W<br>Dallas, Texas  75244 | | Trade Debt | | $14.85 |
| Darrell Hurmis<br>5001 Spring Valley Road<br>Suite 1100W<br>Dallas, Texas  75244 | | Trade Debt | | $14.85 |
| Mark Hajdu<br>6805 Sedgwick Drive<br>Dallas, Texas  75231 | | Trade Debt | | $10.98 |

**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

IN RE: **Henry S. Miller Commercial, LLC aka Henry S. Miller Commercial Co**

Case No. **09-34422-sgj-11**

Chapter **11**

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

*Continuation Sheet No. 3*

### DECLARATION UNDER PENALTY OF PERJURY
### ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the **Secretary / Treasurer** of the **Corporation** named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date: **12/31/2009**      Signature: **/s/ Robert DuBois**
                                    *Robert DuBois*
                                    **Secretary / Treasurer**