

U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

**ENTERED**

**TAWANA C. MARSHALL, CLERK**
THE DATE OF ENTRY IS
ON THE COURT'S DOCKET



**The following constitutes the ruling of the court and has the force and effect therein described.**

**United States Bankruptcy Judge**

**Signed November 30, 2010**

---

```
        THE UNITED STATES BANKRUPTCY COURT
        FOR THE NORTHERN DISTRICT OF TEXAS
                  DALLAS DIVISION

In re                           §
                                §
HENRY S. MILLER COMMERCIAL, LLC,§   Case No. 09-34422-SGJ-11
                                §
     Debtor.                    §
```

**ORDER DENYING MOTION TO RECONSIDER AND ALTER AND AMEND JUDGMENT UNDER RULE 9023, AS SUPPLEMENTED [DE ## 190 & 191]**

```
     CAME ON FOR CONSIDERATION The Curtis Law Firm, PC's Motion
to Reconsider and Alter and Amend Judgment Under Rule 9023 (the
"Motion"), filed November 22, 2010 [Doc. No. 190], as
supplemented by the pleading (the "Supplement") filed November
23, 2010 [Doc. No. 191].  The court construes the Motion and
Supplement to be a motion for rehearing/new trial or to alter or
```

amend, pursuant to Fed. R. Bankr. Proc. 9023 and Fed. R. Civ. Pro. 59, with respect to the court's *Findings of Fact, Conclusions of Law and Order Approving in Part and Denying in Part the First and Final Application for Final Allowance and Payment of Fees and Expenses as Counsel for the Chapter 11 Debtor of The Curtis Law Firm, PC* (the "Order") [Doc. No. 186] entered November 8, 2010.  Having considered the Motion and Supplement, the underlying facts and arguments, the procedural posture, and the applicable law, the court has determined that there are no grounds justifying rehearing or alteration or amendment of the Order.  Accordingly, it is

    ORDERED that the Motion (with Supplement) shall be, and it is hereby, DENIED.

# # # END OF ORDER # # #